*ORDER*

PER CURIAM.

Stephen M. Filla appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

**Stephen M. FILLA, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 102981

Missouri Court of Appeals,
Eastern District,
*DIVISION THREE.*

Filed: April 12, 2016

Matthew W. Huckeby, Office of Missouri Public Defender, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Shaun J. Mackelprang, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., and James M. Dowd, J.